UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARTINA PEIPER, et al.,<br><br>Defendants. | NO: 12-CV-628-RMP<br><br>Bankr. Case No. 09-06194-FPC11<br>(Consolidated Case)<br><br>JUDGMENT AND JUDGMENT SUMMARY AGAINST GUDRUN FOERSTNER |

**JUDGMENT SUMMARY**

1. Judgment Creditor:  Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC, as consolidated

2. Attorneys for Judgment Creditor:  Witherspoon Kelley

JUDGMENT AND JUDGMENT SUMMARY AGAINST GUDRUN FOERSTNER ~ 1

| | | | |
|---|---|---|---|
| 3. | Judgment Debtor: | | Gudrun Foerstner |
| 4. | Attorney for Debtor: | | Dennis Hession |
| 5. | Judgment Amount (CAD) | | $575,526.53 CAD |
| 6. | Prejudgment Interest at .47% (7/21/09 – 2/5/15) (2,024 days) | | $14,999.64 CAD |
| 7. | Total CAD Judgment | | $590,526.17 CAD |
| 8. | Judgment Amount (USD) | | $7,733.14 USD |
| 9. | Prejudgment Interest at .47% (7/21/09 – 2/5/15) (2,024 days) | | $201.54 USD |
| 10. | Total USD Judgment | | $7,934.68 USD |
| 11. | Plus taxable costs in the amount to be determined by the Court | | |
| 12. | Post-Judgment Interest Rate: | | .17% (28 U.S.C. § 1961) |

Plaintiff filed Notice of Presentment of Judgment pursuant to Fed. R. Civ. P. 52(a)(1) and 58(a), (d). ECF No. 68. After a bench trial held on October 14, 2014, the Court entered Amended Findings of Fact and Conclusions of Law, ECF No. 67, which are fully incorporated here with the same force and effect as if set forth verbatim. The Court being fully informed, **IT IS HEREBY ORDERED** that:

1. Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for Debtor LLS America, LLC, is awarded Judgment against Defendant Gudrun Foerstner ("Defendant") as follows:

JUDGMENT AND JUDGMENT SUMMARY AGAINST GUDRUN FOERSTNER ~ 2

| | | | |
|---|---|---|---|
| | a. | Judgment (CAD) | $575,526.53 CAD |
| | b. | Plus prejudgment interest from July 21, 2009 to February 4, 2015, and continuing thereafter until entry of this judgment, at the federal rate of .47% per annum | $14,999.64 CAD |
| | c. | Judgment (USD) | $7,733.14 USD |
| | d. | Plus prejudgment interest from July 21, 2009 to February 4, 2015, and continuing thereafter until entry of this judgment, at the federal rate of .47% per annum | $201.54 USD |
| | e. | Plus taxable costs in the amount to be determined by the Court | |
| | f. | Plus post-judgment interest from the date of Judgment until fully paid at the federal rate of 0.17% per annum (28 U.S.C. § 1961); and | |

2. All proofs of claim filed by Defendants in Debtor's Bankruptcy proceedings or any claims that may hereafter arise are disallowed pursuant to 11 U.S.C. § 502(d) unless and until the avoided transfers are returned to the Trustee-Plaintiff.

The District Court Executive is directed to enter this Order and to provide copies to counsel, to pro se Defendants, and to Judge Frederick P. Corbit.

**DATED** this 5th day of February 2015.

                                          *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                              Chief United States District Court Judge

JUDGMENT AND JUDGMENT SUMMARY AGAINST GUDRUN FOERSTNER ~ 3